No. 1086. A. J. BYARS *v*. THE UNITED STATES. May 4, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Claude R. Porter* for petitioner. *The Attorney General* for the United States.

No. 1075. DR. A. W. BOYD *v*. THE UNITED STATES. May 11, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Sam E. Whitaker* for petitioner. *The Attorney General* for the United States.

No. 1143. THE MOSLER SAFE COMPANY *v*. ELY-NORRIS SAFE COMPANY. May 11, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Samuel Owen Edmonds* for petitioner. *Messrs. Julius M. Mayer* and *F. P. Warfield* for respondent.

No. 866. CHICAGO AND NORTH WESTERN RAILWAY COMPANY *v*. ALVIN R. DURHAM COMPANY ET AL. May 25, 1925. Petition for a writ of certiorari to the Supreme Court of the State of Michigan granted. *Mr. R. N. Van Doren* for petitioner. *Mr. Julius J. Patek* for respondents.

No. 1084. FEDERAL TRADE COMMISSION *v*. PACIFIC STATES PAPER TRADE ASSOCIATION, ETC., ET AL. May 25, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *The Attorney General* for the petitioner. No appearance for respondent.